ACCEPTED
03-14-00390-CV
4052244
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/6/2015 11:41:06 AM
JEFFREY D. KYLE
CLERK



FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/6/2015 11:41:06 AM
JEFFREY D. KYLE
Clerk

February 6, 2015

Jeffrey D. Kyle
Clerk of the Court
Third Court of Appeals
Price Daniel Jr., Building
209 West 14th, Room 101
Austin, Texas 78701

RE:  Case No. 03-14-00390-CV; *Charles P. Akin, DDS v. State Board of Dental Examiners;* In the Third Court of Appeals at Austin, Texas

Dear Mr. Kyle:

We are in receipt of your letter of January 23, 2015, setting the above referenced matter for submission and oral argument on February 25, 2015 at 9:00 a.m.  Please be advised that I intend to appear and argue this matter before the court on behalf of Appellee, State Board of Dental Examiners.

Please advise if you require any further information.

Truly Yours,

Harold J. Liller
Assistant Attorney General
Administrative Law Division
Telephone:  (512) 475-3206
Facsimile:   (512) 320-0167

cc:  Mark J. Hanna, Counsel for Appellant          via: electronic service
     Jon M. Smith, Counsel for Appellant           via: electronic service